IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LOUIS W. GRAFFEO III AND
JESSICA GRAFFEO,

      Appellant,

v.

ELIZABETH BAUER A/K/A
ELIZABETH MCDONALD,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3765

Opinion filed August 8, 2014.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

Michael H. Crew and Justin I. Remol of Crew & Crew, P.A., Fort Walton Beach, for Appellant.

Steven B. Bauman and Jeffrey L. Burns of Anchors Smith Grimsley, Fort Walton Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.